UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-38-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTORIA SHEPHERD WILLIAMS | **ORDER TO SEAL** |

On motion of the Defendant, Victoria Shepherd Williams, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This  5th   day of December, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge